**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TIJUANA LAVERN CANDERS,** | : | |
| | : | **Case No. 2:17-cv-867** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Deavers** |
| **FRANKLIN COUNTY DEPARTMENT** | : | |
| **OF JOB AND FAMILY SERVICES,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's February 26, 2018 Report and Recommendation (ECF No. 6), which recommended that the Court dismiss Plaintiff's claims against Defendants without prejudice. On January 9, 2018, the Magistrate Judge issued a Report and Recommendation (ECF No. 3) recommending that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF No. 1) be denied. The Report and Recommendation was returned as undeliverable. (ECF No. 4). The Magistrate Judge then issued an Order to Show Cause (ECF No. 5) directing Plaintiff to provide the Court with confirmation of her most recent address within 21 days. She failed to do so. Thus, the Magistrate Judge issued the instant Report and Recommendation recommending dismissal without prejudice (ECF No. 6).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 6 at 2). The parties have failed to file any objections, and the deadline for objections (March 12, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 6) based on the independent consideration of the analysis therein. Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF No. 1) and the Magistrate Judge's subsequent Report and Recommendation (ECF No. 3) are hereby **MOOT**.

**IT IS SO ORDERED.**

     **s/ Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 13, 2018**